FILED
OCT 2 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: 1:09-CR-00369 AWI
                           )
    Plaintiff,              )
                           )
vs.                        )
                           )
MICHAEL HO,                )
                           )
    Defendant              )

ORDER

It is ORDERED that the property owned by Tac Ho and Diana Tran, located at 1722 7th Avenue, Oakland, California 94606, be used in place and stead of the property owned by Michael Ho and Mei Shen, located at 1832-1834 7th Avenue, Oakland, California 94606, for the purpose of the property bond securing the pretrial release of defendant Michael Ho.

Date: Oct 26, 2009

Hon. Lawrence J. O'Neill
U.S. District Judge