Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>  vs.<br><br>MICHAEL HO,<br><br>               Defendant. | Case No.: 1:09-cr-00369 AWI<br><br>**STIPULATION REGARDING SENTENCING** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from October 4, 2010, at 9:00 a.m., to December 6, 2010, at 9:00 a.m.

Dated: September 29, 2010

/s/ Kathleen Servatius
Kathleen Servatius
Assistant U.S. Attorney

Dated: September 29, 2010

/s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
Michael Ho

IT IS SO ORDERED.

Dated: September 29, 2010

CHIEF UNITED STATES DISTRICT JUDGE