Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:09-cr-00369 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION REGARDING SENTENCING** |
| MICHAEL HO, | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from December 6, 2010, at 9:00 a.m., to February 14, 2011, at 9:00 a.m.

Dated:  December 1, 2010        /s/ Kathleen Servatius
                                Kathleen Servatius
                                Assistant U.S. Attorney


Dated:  December 1, 2010        /s/ Jeffrey T. Hammerschmidt
                                Jeffrey T. Hammerschmidt
                                Attorney for Defendant,
                                Michael Ho

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL HO, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the December 6, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on February 14, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 2, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2