Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL HO,<br><br>        Defendant | Case No.: 1:09-cr-00369 AWI<br><br>**STIPULATION REGARDING SENTENCING** |

    IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from February 14, 2011, at 9:00 a.m., to April 25, 2011, at 9:00 a.m.

Dated: February 8, 2011              /s/ Kathleen Servatius
                                            Kathleen Servatius
                                            Assistant U.S. Attorney

Dated: February 8, 2011              /s/ Jeffrey T. Hammerschmidt
                                            Jeffrey T. Hammerschmidt
                                            Attorney for Defendant,
                                            Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL HO,<br><br>          Defendant | Case No.: 1:09-cr-00369 AWI |

ORDER

IT IS ORDERED that the February 14, 2011 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on April 25, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   February 9, 2011                        _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE

2