Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SENTENCING** |
| MICHAEL HO, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from June 27, 2011, at 11:00 a.m., to January 9, 2012, at 11:00 a.m.

Dated:  June 7, 2011                                 /s/ Kathleen Servatius
                                                                    Kathleen Servatius
                                                                    Assistant U.S. Attorney


Dated:  June 7, 2011                                 /s/ Jeffrey T. Hammerschmidt
                                                                    Jeffrey T. Hammerschmidt
                                                                    Attorney for Defendant,
                                                                    Michael Ho

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL HO,<br><br>      Defendant | Case No.: 1:09-cr-00369 AWI |

ORDER

    IT IS ORDERED that the June 27, 2011 sentencing date be vacated.

    IT IS ORDERED that the sentencing will now occur on January 9, 2012 at 11:00 a.m.


IT IS SO ORDERED.

Dated:   June 8, 2011                                         _____
                                                           CHIEF UNITED STATES DISTRICT JUDGE