Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>MICHAEL HO,<br><br>   Defendant | Case No.: 1:09-cr-00369 AWI<br><br>**STIPULATION REGARDING SENTENCING** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the

sentencing be continued from May 7, 2012, at 1:00 p.m., to July 9, 2012, at 1:00 p.m.


Dated:  May 4, 2012       /s/ Kathleen Servatius
                Kathleen Servatius
                Assistant U.S. Attorney


Dated:  May 4, 2012       /s/ Jeffrey T. Hammerschmidt
                Jeffrey T. Hammerschmidt
                Attorney for Defendant,
                Michael Ho

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,       )   Case No.: 1:09-cr-00369 AWI

12
                       )

            Plaintiff,           )

13
                       )

      vs.                 )

14
                       )

MICHAEL HO,            )

15
                       )

          Defendant    )

16

17

18
ORDER

19
    IT IS ORDERED that the May 4, 2012 sentencing date is vacated.

20
    IT IS ORDERED that the sentencing will now occur on July 9, 2012 at 1:00 p.m.

21

22

23
IT IS SO ORDERED.

24

Dated:  May 4, 2012                           

25
                           CHIEF UNITED STATES DISTRICT JUDGE

26

27

28