Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL HO,<br><br>            Defendant | Case No.: 1:09-cr-00369 AWI<br><br>**STIPULATION AND ORDER REGARDING SENTENCING** |

**IT IS HEREBY STIPULATED** by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from November 13, 2012, at 11:00 a.m., to December 11, 2012, at 11:00 a.m.  The parties further agree to a new filing schedule for the defendant's sentencing brief to be filed on or before November 13, 2012 at 4:00 p.m. and the government's reply to the defendant's sentencing brief to be filed on or before November 27, 2012 at 4:00 p.m.

Dated:  October 18, 2012          /s/ Kathleen Servatius
                                  Kathleen Servatius
                                  Assistant U.S. Attorney


Dated:  October 18, 2012          /s/ Jeffrey T. Hammerschmidt
                                  Jeffrey T. Hammerschmidt
                                  Attorney for Defendant,
                                  Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL HO, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the November 13, 2012 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on December 10, 2012 at 11:00 a.m.

IT IS ORDERED that the defendant's sentencing brief shall be filed on or before November 13, 2012 at 4:00 p.m. The government's reply to the defendant's sentencing brief shall be filed on or before November 27, 2012 at 4:00 p.m

IT IS SO ORDERED.

Dated:   October 23, 2012                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE