Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER REGARDING SENTENCING** |
| MICHAEL HO, ) | |
| Defendant ) | |

**IT IS HEREBY STIPULATED** by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from December 10, 2012, at 11:00 a.m., to January 28, 2012, at 11:00 a.m.  The parties further agree to a new filing schedule for the defendant's sentencing brief to be filed on or before December 26, 2012 at 4:00 p.m. and the government's reply to the defendant's sentencing brief to be filed on or before January 9, 2012 at 4:00 p.m.

Dated:  November 28, 2012         /s/ Kathleen Servatius
                                  Kathleen Servatius
                                  Assistant U.S. Attorney

Dated:  November 28, 2012         /s/ Jeffrey T. Hammerschmidt
                                  Jeffrey T. Hammerschmidt
                                  Attorney for Defendant,
                                  Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, | |
| vs. | |
| MICHAEL HO, | |
| Defendant | |

ORDER

IT IS ORDERED that the December 10, 2012 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on January 28, 2013 at 11:00 a.m.

IT IS ORDERED that the defendant's sentencing brief shall be filed on or before December 26, 2012 at 4:00 p.m. The government's reply to the defendant's sentencing brief shall be filed on or before January 9, 2013 at 4:00 p.m

IT IS SO ORDERED.

Dated:   November 29, 2012

UNITED STATES DISTRICT JUDGE

2