Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:09-cr-00369 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER REGARDING SENTENCING HEARING AND BRIEFING SCHEDULE** |
| MICHAEL HO, | ) |
| Defendant | ) |

**IT IS HEREBY STIPULATED** by and between Jeffrey T. Hammerschmidt, attorney for defendant MICHAEL HO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from January 28, 2013 at 11:00 a.m., to April 1, 2013 at 11:00 a.m.  The parties further agree to a new filing schedule for the defendant's sentencing brief to be filed on or before March 4, 2013 at 4:00 p.m. and the government's reply to the defendant's sentencing brief to be filed on or before March 18, 2013 at 4:00 p.m.

The reason for this request is defense counsel is in a jury trial for Fresno County Superior Court Case No. F10902041.  The trial began January 14, 2013 and is expected to conclude by February 22, 2013.  The proposed briefing schedule will allow counsel sufficient time to file sentencing briefs.

Dated:  January 24, 2013        /s/ Kathleen Servatius
                                Kathleen Servatius, Assistant U.S. Attorney

Dated:  January 24, 2013        /s/ Jeffrey T. Hammerschmidt
                                Jeffrey T. Hammerschmidt
                                Attorney for Defendant, Michael Ho

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cr-00369 AWI |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL HO, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the January 28, 2013 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on April 1, 2013 at 11:00 a.m.

IT IS ORDERED that the defendant's sentencing brief shall be filed on or before March 4, 2013 at 4:00 p.m. The government's reply to the defendant's sentencing brief shall be filed on or before March 18, 2013 at 4:00 p.m.

IT IS SO ORDERED.

Dated:  January 24, 2013  

_____
SENIOR DISTRICT JUDGE